IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RAYMOND S. MONTOYA; HARVEY DELGADO; CHARLIE UMI; MARCIE CLARK; ELMO TORREZ; JUSTO PERALTA; TONY HILL, NATHAN DUFF; and CARLOS GONZALES; on behalf of themselves and all other members of Local 383, Laborers' International Union of North America; and LOCAL 383, LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, <br><br> Plaintiffs, <br><br> vs. <br><br> LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, an international union and a labor organization organized under the laws of the United States of America; and TERENCE M. O'SULLIVAN, <br><br> Defendants. | Case No. CV-10-891-PHX-GMS <br><br> **ORDER** |

Pursuant to the parties Stipulation for Dismissal (Dkt. # 20), and good cause appearing,

1

**IT IS HEREBY ORDERED** that this matter is dismissed without prejudice, each party to bear their own costs and attorneys' fees.

Dated this 14th day of June, 2010.

_____
G. Murray Snow
United States District Judge